B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Michigan

In re  **Kickers All American Grill, Inc.**               Case No.
                                     Debtor(s)            Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aramark Uniform Services<br>P.O. Box 80667<br>Toledo, OH 43608 | Michael<br>Aramark Uniform Services<br>P.O. Box 80667<br>Toledo, OH 43608<br>419-490-9935 | uniform services | | 4,285.00 |
| AT & T Advertising Solutions<br>P.O. Box 8112<br>Aurora, IL 60507-8112 | AT & T Advertising Solutions<br>P.O. Box 8112<br>Aurora, IL 60507-8112 | advertising services | | 2,240.00 |
| City of Livonia Water & Sewer<br>33000 Civic Center Drive<br>Livonia, MI 48154 | (unknown)<br>City of Livonia Water & Sewer<br>33000 Civic Center Drive<br>Livonia, MI 48154<br>734-466-2278 | water and sewer service | | 12,000.00 |
| City of Livonia, Treasurer<br>33000 Civic Center Drive<br>Livonia, MI 48154 | Scott Ferkovich<br>City of Livonia, Treasurer<br>33000 Civic Center Drive<br>Livonia, MI 48154<br>734-454-0374 | personal property taxes | | 8,500.00 |
| Consumers Energy<br>Attn: Bankruptcy Department<br>4600 Coolidge Highway<br>Royal Oak, MI 48073 | (unknown)<br>Consumers Energy<br>Attn: Bankruptcy Department<br>4600 Coolidge Highway<br>Royal Oak, MI 48073<br>800-477-5050 | utility service | | 2,020.00 |
| Dale Lentz & Kevin Campbell<br>5055 Belleville Road<br>Canton, MI 48188 | Dale Lentz<br>Dale Lentz & Kevin Campbell<br>5055 Belleville Road<br>Canton, MI 48188<br>734-398-7172 | civil judgment | Subject to Setoff | 2,000,000.00 |
| Dean Koulouras, Esq.<br>Attorney-at-Law<br>13407 Farmington Road, Suite 102<br>Livonia, MI 48150 | Dean Kourlouras<br>Dean Koulouras<br>Attorney-at-Law<br>13407 Farmington Road, Suite 102<br>Livonia, MI 48150<br>734-458-2200 | legal services | | 4,000.00 |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

In re **Kickers All American Grill, Inc.**            Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **DTE Energy**<br>attn: Bankruptcy Department<br>One Energy Plaza<br>2160 WCB<br>Detroit, MI 48226-1279 | (unknown)<br>DTE Energy<br>attn: Bankruptcy Department<br>One Energy Plaza<br>Detroit, MI 48226-1279<br>800-477-4747 | utility service | | 7,000.00 |
| **Fairway Packing Co.**<br>1313 Erskine<br>Detroit, MI 48207 | Gene Brada<br>Fairway Packing Co.<br>1313 Erskine<br>Detroit, MI 48207<br>313-832-2710 | food supplies | | 2,000.00 |
| **Gregory J. Rohl, Esq.**<br>Law Offices of Gregory J. Rohl, P.C.<br>41850 West 11 Mile Road, Suite 235<br>Novi, MI 48375 | Gregory J. Rohl<br>Gregory J. Rohl, Esq.<br>Law Offices of Gregory J. Rohl, P.C.<br>41850 West 11 Mile Road, Suite 235<br>Novi, MI 48375<br>248-380-9404 | legal services | | 11,000.00 |
| **Greko Printing & Imaging**<br>260 West Ann Arbor Road<br>Plymouth, MI 48170 | Tony Greko<br>Greko Printing & Imaging<br>260 West Ann Arbor Road<br>Plymouth, MI 48170<br>734-453-0341 | printing services | | 3,600.00 |
| **John's Cutlery**<br>47506 Jefferson<br>Chesterfield, MI 48047 | (unknown)<br>John's Cutlery<br>47506 Jefferson<br>Chesterfield, MI 48047<br>586-949-6744 | miscellaneous services | | 1,550.00 |
| **Leonard's Syrups**<br>4255 Nancy Street<br>Detroit, MI 48212 | (unknown)<br>Leonard's Syrups<br>4255 Nancy Street<br>Detroit, MI 48212<br>313-891-4141 | food supplies | | 1,900.00 |
| **Miceli & Oldfield, Inc.**<br>12250 Delta Drive<br>Taylor, MI 48180 | (unknown)<br>Miceli & Oldfield, Inc.<br>12250 Delta Drive<br>Taylor, MI 48180<br>734-946-4500 | food supplies | | 3,170.00 |
| **Michael G. Thomas, C.P.A., P.C.**<br>21800 Haggerty Road<br>Northville, MI 48167 | Michael G. Thomas<br>Michael G. Thomas, C.P.A., P.C.<br>21800 Haggerty Road<br>Northville, MI 48167<br>248-347-1040 | accounting services | | 7,000.00 |
| **Salem F. Samaan, P.C.**<br>Attorney-at-Law<br>150 North Main Street<br>Plymouth, MI 48170 | Salem F. Samaan, Esq.<br>Salem F. Samaan, P.C.<br>Attorney-at-Law<br>150 North Main Street<br>Plymouth, MI 48170<br>734-459-4040 | legal services | | 28,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Kickers All American Grill, Inc.** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sales Control Systems, Inc.<br>24355 West Ten Mile Road<br>Southfield, MI 48033 | (unknown)<br>Sales Control Systems, Inc.<br>24355 West Ten Mile Road<br>Southfield, MI 48033<br>248-356-0106 | maintenance services | | 1,800.00 |
| State of Michigan<br>Department of Treasury<br>P.O. Box 30477<br>Lansing, MI 48909-7977 | (unknown)<br>State of Michigan<br>Department of Treasury<br>P.O. Box 30477<br>Lansing, MI 48909-7977<br>517-241-5892 | sales taxes | | 120,000.00 |
| U.S. Foodservice<br>28001 Napier Road<br>Wixom, MI 48393 | (unknown)<br>U.S. Foodservice<br>28001 Napier Road<br>Wixom, MI 48393<br>248-735-1200 | food supplies | | 15,540.00 |
| Universal Advisors, LLC<br>c/o John O'Neill, R.A.<br>30801 Barrington Street, Suite 125<br>Madison Heights, MI 48071 | Universal Advisors, LLC<br>c/o John O'Neill, R.A.<br>30801 Barrington Street, Suite 125<br>Madison Heights, MI 48071 | Equipment | | 1,600,000.00<br><br>(25,000.00 secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 4, 2010**  Signature **/s/ Pete Stoyanovich**
**Pete Stoyanovich**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.